**98–2630. Wolfe v. Wolfe.**

Montgomery App. No. 17111. Discretionary appeal allowed; *sua sponte*, cause held for the decision in 97–2200, *Hillyer v. Great Am. Ins. Co.*, Lake App. No. 96–L–148; briefing schedule stayed.

**98–2718. Sammarco v. Anthem Ins. Cos., Inc.**

Hamilton App. No. C–971074.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**99–12. State v. Childs.**

Montgomery App. No. 16580.

RESNICK and F.E. SWEENEY, JJ., dissent.

**99–55. Hampel v. Food Ingredients Specialties, Inc.**

Cuyahoga App. No. 73143. On appeal of Laszlo J. Hampel. Appeal allowed.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

On cross-appeal of Food Ingredients Specialties, Inc. Cross-appeal denied.

On motion to consolidate with case No. 98–1927, *Madera v. Satellite Shelters, Inc.*, Cuyahoga App. No. 73172. Motion denied.

On motion for leave to intervene of Satellite Shelters, Inc. Motion denied.

**99–122. Gibson v. Meadow Gold Dairy.**

Franklin App. No. 98AP–282. Discretionary appeal allowed and cause consolidated with 99–429, *supra.*

F.E. SWEENEY, J., dissents.

**99–162. Braden v. Cleveland Bd. of Edn.**

Cuyahoga App. No. 75191. *Sua sponte*, cause held for the decision in 97–2419, *State ex rel. Ohio Academy of Trial Lawyers v. Sheward;* briefing schedule stayed.

**99–164. Brown v. Dayton.**

Montgomery App. Nos. 16875 and 16876. On appeal of city of Dayton and on appeal of Waste Management of Ohio, Inc. Appeals allowed.

RESNICK, F.E. SWEENEY and COOK, JJ., dissent.